JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ALFONSO SALAVARRIA, | Case No. 2:25-cv-04451-JWH-JC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

...

In accordance with the Memorandum Opinion and Order Dismissing Action,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: January 14, 2026

_____
Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE